UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | Case No. 4:06-cr-6 |
| vs. ) | |
| ) | JUDGE COLLIER |
| SHANNON PROSSER ) | |

MEMORANDUM AND ORDER

    Defendant SHANNON PROSSER appeared for an initial appearance before the undersigned on September 11, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

    After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

    It was determined the Defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the Defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined he was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

    The Defendant waived his right to a preliminary hearing and a detention hearing.

    The Government relied on the sworn affidavit of USPO Crystal Johnson and moved the Defendant be detained pending the revocation hearing.

Findings

(1)     Based upon USPO Johnson's testimony and Defendant's waiver of preliminary hearing, the undersigned finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged or set forth in the Petition.

(2)     The Defendant has not carried his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail he will not flee or will not pose a danger to the community.

1

Conclusions

It is ORDERED:

(1) The motion of the Government that the Defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport the Defendant to a revocation hearing Judge Collier on **Thursday, November 12, 2015, at 9:00 am.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE